Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KATIE J. HANSON, aka**<br>**KATIE J. BJARNSON**<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　　Defendant. | Civil No. 6:18-cv-00397-MC<br><br>**ORDER FOR ATTORNEY FEES**<br>**PURSUANT TO EAJA** |

　　　　After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $6087.90 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

　　　　If Plaintiff has no such federal debt, payment of $6087.90 shall be made to Plaintiff's attorney Drew L. Johnson, P.C. and mailed to his office at 1700 Valley River Drive, Eugene, OR

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of September  23rd, 2019

s/Michael J. McShane<br>U.S. District Judge/Magistrate Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff