Drew L. Johnson
Kathryn Tassinari
DREW L. JOHNSON, P.C.
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KATIE J. HANSON, aka KATIE J. BJARNSON,**<br><br>            Plaintiff,<br><br>   vs.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. 6:18-cv-00397-MC<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9607.75 in attorney fees for Plaintiff's Disability Insurance Benefits ("DIB"), out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -	1

$6087.90, for a net award herein of $3519.85 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.

Plaintiff also has leave to file a supplemental motion for §406(b) attorney fees upon receipt from Defendant of a Notice of Award regarding Plaintiff's Disabled Adult Child ("DAC") benefits in compliance with the July 17, 2019 Judgment herein remanding this matter to Commissioner "for the immediate payment of benefits."

IT IS SO ORDERED this day of June __16__, 2020

s/Michael J. McShane
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     2